HALLAHAN, Respondent, v. HALLAHAN, Appellant. (Supreme Court, Appellate Division, First Department. June 7, 1912.) Action by Katherine V. Hallahan against Edward F. Hallahan. J. A. Gray, for appellant. J. M. Nolan, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

HAMILTON, Appellant, v. CRAWFORD et al., Respondents. (Supreme Court, Appellate Division, First Department. May 3, 1912.) Action by Annie Hamilton against Alice Crawford and others. J. B. Ker, for appellant. L. H. Freedman, for respondents. No opinion. Judgment affirmed, with costs. Order filed. See, also, 73 Misc. Rep. 23, 132 N. Y. Supp. 277; infra.

HAMILTON v. CRAWFORD. (Supreme Court, Appellate Division, First Department. May 24, 1912.) Action by Annie Hamilton against Alice Crawford. No opinion. Motion granted. Order filed. See, also, 73 Misc. Rep. 23, 132 N. Y. Supp. 277; supra.

HANLY, Respondent, v. H. S. HORTON & CO., Appellants. (Supreme Court, Appellate Division, First Department. May 31, 1912.) Action by Daniel Hanly, as receiver, against H. S. Horton & Co. T. G. Prioleau, for appellants. E. M. Hawkins, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

HARDON et al., Appellants, v. DIXON et al., Respondents. (Supreme Court, Appellate Division, First Department. May 24, 1912.) Action by Henry W. Hardon and another against William P. Dixon and another. C. F. Brown, for appellants. J. Holmes, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

In re HARRINGTON. (Supreme Court, Appellate Division, Fourth Department. May 8, 1912.) In the matter of the application of Addison S. Harrington, administrator, etc., of James S. Harrington, deceased, to establish a claim in his own favor against the estate of his intestate. No opinion. Order affirmed, with $10 costs and disbursements.

HARRIS, Respondent, v. BERGER et al., Appellants. (Supreme Court, Appellate Division, First Department. June 14, 1912.) Action by Joseph Harris against Paul Berger and another. G. W. Minor, for appellants. S. F. Hartman, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

In re HART. (Supreme Court, Appellate Division, First Department. May 10, 1912.) In the matter of Milton Hart. No opinion. Referred to official referee. Settle order on notice.

In re HARTRIDGE. (Supreme Court, Appellate Division, First Department. May 3, 1912.) In the matter of Clifford W. Hartridge. No opinion. Reference ordered to official referee. Settle order on notice. See, also, 132 N. Y. Supp. 1131.

HARVEY, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant, et al. (Supreme Court, Appellate Division, Second Department. May 29, 1912.) Action by Elizabeth S. Harvey against the Brooklyn Heights Railroad Company and the City of New York. No opinion. Order unanimously affirmed, with costs.

HARWOOD, Appellant, v. GORMLY, Respondent. (Supreme Court, Appellate Division, Second Department. April 24, 1912.) Action by H. Harvey Harwood against Robert W. Gormly. No opinion. Judgment and order unanimously affirmed, with costs.

In re HASKELL. (Supreme Court, Appellate Division, Second Department. June 7, 1912.) In the matter of Robert H. Haskell, an attorney at law. No opinion. Motion denied, without costs. See, also, 135 N. Y. Supp. 249.

In re HAWKE. (Supreme Court, Appellate Division, First Department. May 24, 1912.) Appeal from Order Entered on Report of Referee. In the matter of the application of Edward H. Hawke, Jr., to enforce an attorney's lien. From an order confirming the report of a referee, the owner appeals. Modified and affirmed. Max D. Steuer, for appellant. H. Snowden Marshall, for respondent.

PER CURIAM. The order appealed from should be modified, by reducing the amount fixed as that of the lien of the petitioner, Hawke, herein to the sum of $5,547.88, being 5 per cent. upon the amount of the award to the owner herein, together with interest upon said sum from November 5, 1909. As so modified, the order should be affirmed, without costs.

HAYES, Respondent, v. HAYES, Appellant. (Supreme Court, Appellate Division, Second Department. June 7, 1912.) Action by Catherine Hayes against Edmond J. Hayes. No opinion. Motion for leave to appeal to the Court of Appeals (from 135 N. Y. Supp. 225) granted, without costs.

HAYES, Appellant, v. NEW YORK LIFE INS CO., Respondent. (Supreme Court, Appellate Division, First Department. May 17, 1912.) Action by Lillian E. Hayes against the New York Life Insurance Company. J. H. McIntosh, for appellant. A. Benedict, for respondent. No opinion. Judgment (68 Misc. Rep. 558, 124 N. Y. Supp. 792) affirmed, with costs. Order filed.

HAYIM et al., Respondents, v. LABE et al., Appellants. (Supreme Court, Appellate Division, First Department. May 10, 1912.) Ac-

tion by Saul A. Hayim and others against Martin Labe and another. S. F. Frank, for appellants. H. Nathan, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

HEALY, Respondent, v. CENTRAL PARK, N. & E. R. CO., Appellant. (Supreme Court, Appellate Division, First Department. May 3, 1912.) Action by Julia Healy, an infant, against the Central Park, North & East Railroad Company. C. E. Chalmers, for appellant. R. J. Donovan, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

---

HAFFEN et al. v. HUDSON REALTY CO. (Supreme Court, Appellate Division, First Department. June 22, 1912.) Action by Matthias Haffen and others against the Hudson Realty Company. H. Siegrist, for plaintiffs. S. Lachman, for defendant. No opinion. Exceptions overruled, and motion for a new trial denied, with costs. Settle order on notice.

---

HEILBRUNN v. GERMAN ALLIANCE INS. CO. OF NEW YORK. (Supreme Court, Appellate Division, First Department. June 22, 1912.) Action by Simon Heilbrunn against the German Alliance Insurance Company of New York. No opinion. Motion granted; question certified. Order filed. See, also, 135 N. Y. Supp. 769.

---

HEISE, Appellant, v. WELLS, Respondent. (Supreme Court, Appellate Division, First Department. May 17, 1912.) Action by Annie T. H. Heise against Frank M. Wells, individually, etc. D. B. King, for appellant. W. G. Howell, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

---

HELLER, HIRSH & CO., Respondents, v. GENERAL MFG. CO., Appellant. (Supreme Court, Appellate Division, First Department. April 26, 1912.) Action by Heller, Hirsh & Co. against the General Manufacturing Company. H. C. Smyth, for appellant. N. D. Stern, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

HENGEL, Respondent, v. CROSSTOWN ST. RY. CO. OF BUFFALO, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 8, 1912.) Action by John Hengel, as administrator, etc., against the Crosstown Street Railway Company of Buffalo. No opinion. Judgment and order affirmed, with costs. Motion for reargument and for leave to appeal to Court of Appeals denied. infra.

---

HENGEL, Respondent, v. CROSSTOWN ST. RY. CO. OF BUFFALO, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 29, 1912.) Action by John Hengel, as administrator, etc., against the Crosstown Street Railway Company of Buffalo. No opinion. Motion for reargument denied, with $10 costs. Motion for leave to appeal to Court of Appeals denied. See, also, supra.

---

HERTER REALTY CO. v. TITLE GUARANTEE & TRUST CO. et al. (Supreme Court, Appellate Division, First Department. May 24, 1912.) Action by Herter Realty Company against the Title Guarantee & Trust Company and others. No opinion. Motion granted, with $10 costs. Order filed.

---

HERZOG, Appellant, v. HERZOG, Respondent. (Supreme Court, Appellate Division, First Department. May 24, 1912.) Action by Miriam Herzog against Louis Herzog. G. E. Joseph, for appellant. A. Levy, for respondent. No opinion. Order affirmed. Order filed.

---

HEWLETTS LAND & IMPROVEMENT CO., Respondent, v. BURTON, Appellant. (Supreme Court, Appellate Division, Second Department. May 29, 1912.) Action by the Hewletts Land & Improvement Company against Robert L. Burton. No opinion. Order affirmed, with $10 costs and disbursements.

---

HILL, Respondent, v. MAURER et al., Appellants. (Supreme Court, Appellate Division, Third Department. May 8, 1912.) Action by Whiteside Hill against Andrew Maurer and others. No opinion. Judgment unanimously affirmed, with costs.

---

MILLER et al., Respondents, v. PALMER & SINGER MFG. CO., Appellant. (Supreme Court, Appellate Division, First Department. June 22, 1912.) Action by Clinton H. Miller and others against the Palmer & Singer Manufacturing Company. J. N. Emley, for appellant. C. T. Terry, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

HIRSCHBERG, Respondent, v. KRUGER, Appellant. (Supreme Court, Appellate Division, Second Department. April 24, 1912.) Action by Henry Hirschberg against John L. Kruger. No opinion. Motion to resettle order granted, to the extent that defendant should only pay the $10 costs and $8.08 disbursements, and also disbursements legally incurred to sheriff. See, also, 133 N. Y. Supp. 1126.

---

In re HITCHCOCK. (Supreme Court, Appellate Division, Second Department. May 24, 1912.) In the matter of the application of Francis R. Hitchcock for a writ of mandamus directed to the officers of the Union Ferry Company of New York & Brooklyn. No opinion. Motion denied, without costs. See, also, 134 N. Y. Supp. 174.